**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUI THANH NGUYEN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>B.M. CASH, WARDEN,<br><br>　　　　Respondent. | CASE NO. CV 11-04223 DSF (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of QUI THANH NGUYEN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 2/25/13

　　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE